# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DUCHESNAY, INC. and DUCHESNAY USA INC., | ) ) ) ) |
| Plaintiffs, | ) )  C.A No. 15-00385-SLR |
| v. | ) ) ) |
| MYLAN PHARMACEUTICALS INC., | ) ) ) |
| Defendant. | ) ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Christine Inyoung Nam to represent Defendant Mylan Pharmaceuticals Inc. in this matter.

Dated:  August 26, 2015

                                         */s/ Mary B. Matterer*
                                         Mary B. Matterer (I.D. #2696)
                                         MORRIS JAMES LLP
                                         500 Delaware Avenue, Suite 1500
                                         Wilmington, DE  19801-1494
                                         (302) 888-6800
                                         mmatterer@morrisjames.com

                                         *Attorneys for Defendant*
                                         *Mylan Pharmaceuticals Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____       _____
                                         United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective March 25, 2014, I further certify that the annual fee of $25.00 has previously been submitted.

Date:   August 25, 2015

Signed: _____
Christine Inyoung Nam, Esq.
MCGUIREWOODS
1800 Century Park, Suite 900
Los Angeles, CA 90067
(310) 315-8250
cnam@mcguirewoods.com